AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Hawaii<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850 |
|---|---|
| DOCKET NO. | DATE FILED |

CV04 00640SPK BMK

| PLAINTIFF<br>ATLANTIC RECORDING CORP.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC. | DEFENDANT<br>MILLIE HULL |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>(S) SUE BEITIA | (BY) DEPUTY CLERK<br>[signature] | DEC 06 2007 |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

## MILLIE HULL

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| Sony BMG Music Entertainment | Celine Dion | I'm Your Angel | These Are Special Times | 264-455 |
| BMG Music | Kenny Chesney | Fall In Love | All I Need to Know | 208-984 |
| UMG Recordings, Inc. | George Strait | Heartland | Pure Country | 146-421 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |